Jury Demand

**Braden Wickert #125871**
Name

**301 E Kansas Ave**

**Lansing Kansas**
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Braden Wickert, Plaintiff
(Full Name)

v.

Kansas Department of Corrections, Warden Jesse Howes, Centurion LLC, Jeff Zmuda, Secretary of State, Defendant(s)

CASE NO. 24-3229-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) **Braden Wickert**, is a citizen of **Kansas**,
   (Plaintiff)                                   (State)

who presently resides at **301 E Kansas Ave Lansing Correctional Facility**
(Mailing address or place of confinement.)

2) Defendant **Kansas Dept of Corr'Rs** is a citizen of
   (Name of first defendant)

**Lansing, Kansas**, and is employed as
(City, State)

**Department of Corrections**. At the time the
(Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

**Deprivation of plaintiff's Constitutional rights guarenteed by the U.S. Const.**

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                1

3) Defendant __Jeff Zmuda__ is a citizen of
   (Name of second defendant)
__Lansing, Kansas__, and is employed as
   (City, state)
__Secretary of State__. At the time the
   (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

__Deprivation of plaintiff constitutional rights guaranteed by the U.S. Const.__

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__28 U.S.C 1331, 1367, Supplemental jurisdiction over plaintiff's state law tort claims under 28 U.S.C. 1367__

B. NATURE OF THE CASE

1) Briefly state the background of your case: __The complaint factual allegations center around five different areas: (1) inadequate access to telecommunications (2) inadequate access to auxiliary aids and services which consequently impede his religious exercise under the First Amendment, (3) inadequate visual notification of prison alerts and announcements (4) ineffective communication with family and counsel and ineffective communication during parole and disciplinary proceedings infringement upon their free exercise of religion by failing to provide sign language interpreters at religious services.__

__In general plaintiff alleges that the defendants discriminated against them on the basis of their disability, and/or violated their fundamental right because because he is either deaf or hearing impaired.__

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: **Negligent, failure to train**

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):
Both Centurion and KDOC failed to set for policies to train staff in context of policies and implementing those duties with regard to offenders with

B) (1) Count II: **Compound pleading claims under title II of the ADA and Section 504 of the (RA) Rehabilitation Act.**

(2) Supporting Facts: Defendants displayed deliberate indifferents to my serious medical needs in violating my Eighth Amendment rights by affirming the denial of my grievance or being unresponsive and denying me hearing aids despite out side audiologist recommendation to the contrery. Defendants failed to provide him with interpreter and failed to make reasonable accomodation for his disability therefore preventing him from receiving the benefit of prison program and services

XE-2 8/82    CIVIL RIGHTS COMPLAINT §1983

3

C) (1) Count III: Equal Protection

(2) Supporting Facts:

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____
_____
_____
_____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: Complaints sought Compensatory and punitive damages, declaratory judgment, an order compelling defendant to provide plaintiff with appropriate reasonable accommodations, order compelling defendants to enact policys ensuring that hearing impaired inmates will recieve reasonable accomodations for their disabilities and damages and attorney fees.

_____

_____          _____
Signature of Attorney (if any)                                 Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

5