# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**BRADEN HICKERT,**

        **Plaintiff,**

v.                                                     Case No. 24-3229-JWL

**KANSAS DEPARTMENT OF CORRECTIONS, JEFF ZMUDA, JESSE HOWES, CENTURION, LLC, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3), MADISON GONSETH, KEVIN GOODMAN, TRACY GUNDERSON and STACY HEALD,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )**   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**   **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the [20] Memorandum and Order filed 05/06/25, Plaintiff's claims against Defendants KDOC, Centurion, Zmuda, and Howes, are dismissed; and pursuant to the [23] Memorandum and Order filed 06/09/25, this matter is dismissed for failure to state a claim.

Entered on the docket 06/09/25

**Dated:  June 9, 2025**                            **SKYLER B. O'HARA**
                                                                    **CLERK OF THE DISTRICT COURT**

                                                                      _s/S. Nielsen-Davis_
                                                                      **Deputy Clerk**